UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 AUG 24 PM 12: 07

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL ORTEGA-ARCIGA<br>a/k/a Victor Arciga<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>8 U.S.C. §§ 1326(a) and (b)(2) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Illegal Reentry of an Alien Removed Subsequent to an Aggravated Felony Conviction)

On or about August 1, 2021, in the Southern District of Ohio, Defendant **VICTOR MANUEL ORTEGA-ARCIGA**, an alien, knowingly and unlawfully entered and was found in the United States after having been convicted of Importation of Heroin, in violation of 21 U.S.C. §§ 952 and 960, an aggravated felony, in the United States District Court for the Southern District of California, on or about November 18, 2013, and after having been removed, excluded, or deported from the United States on or about October 28, 2015, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

In violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).

A TRUE BILL.

s/Foreperson
FOREPERSON

VIPAL J. PATEL
Acting United States Attorney

BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney